# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DERRICK JEROME ALLEN

NO. 2023 KW 1028

**DECEMBER 4, 2023**

---

In Re:   Derrick Jerome Allen, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 06-04-0828.

---

BEFORE:   **McCLENDON, HESTER, AND MILLER, JJ.**

**WRIT DENIED.**

PMc
CHH
SMM

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT